# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

STRECK, INC., A Nebraska
Corporation;

        Plaintiff,

    vs.

STEVEN RYAN, CAROL RYAN, and
BARRY UPHOFF,

        Defendants.

**8:17CV494**

**ORDER**

IT IS ORDERED that the motion to withdraw filed by Maureen B. Schoaf, as counsel of record for Defendants, (Filing No. 68), is granted.

Dated this 1st day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge