IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STRECK, INC., A Nebraska Corporation;<br><br>    Plaintiff/Counter Defendant,<br><br>vs.<br><br>STEVEN RYAN and BARRY UPHOFF,<br><br>    Defendants/Counter Plaintiffs.<br><br>CAROL RYAN<br><br>    Defendant. | **8:17CV494**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw Richard R. Winter, as counsel of record for Steven Ryan, Carol Ryan, and Barry Uphoff, (Filing No. 78), is granted.

Dated this 31st day of July, 2019.

                                                                 BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                  United States Magistrate Judge