IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STRECK, INC., A Nebraska Corporation; | 8:17CV494 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CAROL RYAN | |
| Defendant, | |
| and | |
| STEVEN RYAN and BARRY UPHOFF, Defendants/Counter Claimants. | |

IT IS ORDERED that the motion to withdraw filed by Tannaz Kouhpainezhad, as counsel of record for Defendant Carol Ryan, and Defendants/Counter-Claimants Steven Ryan and Barry Uphoff, (Filing No. 107), is granted. Ms. Kouhpainezhad shall no longer receive electronic notice in this case.

Dated this 11th day of December, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge