IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STRECK, INC., A Nebraska Corporation;<br><br>             Plaintiff,<br><br>   vs.<br><br>STEVEN RYAN, CAROL RYAN, and BARRY UPHOFF,<br><br>             Defendants. | **8:17CV494**<br><br>**ORDER** |

After conferring with counsel and with their agreement,

IT IS ORDERED:

1) The stay of this case is lifted, but only as to the following:

    a. The plaintiff is granted leave to file an amended complaint, such pleading to be filed on or before August 3, 2021.

    b. Defendants' response to the amended complaint shall be filed fourteen days after the amended complaint is filed.

    c. Defendants' anticipated summary judgment motion shall be filed on or before November 1, 2021.

2) Discovery remains stayed pending the outcome of the Defendants' summary judgment motion.

3) Within ten (10) days following the ruling on the summary judgment motion(s), counsel shall contact my chambers to discuss further progression deadlines for final resolution of this case.

4) The clerk shall set an internal case management deadline of November 1, 2021.

Dated this 27th day of July, 2021.

                                                        BY THE COURT:
                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge